MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. BOX 1809
BETHEL, ALASKA 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VERA ITTA,<br><br>              Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | Case No. _____ Civ ( _____ )<br><br>COMPLAINT FOR DAMAGES |

For her complaint, plaintiff, by and through counsel Power and Brown, LLC, alleges as follows:

Parties and Jurisdiction

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq. Jurisdiction is based on 28 U.S.C. § 1346(a) (2) and 1346(b).

2. Plaintiff submitted a timely administrative claim based on the facts alleged herein to the Department of Health & Human Services. More than six months has passed

- 1 -

since the receipt of that claim, which has been neither admitted nor denied. The claim is deemed by plaintiff to be denied, pursuant to 26 U.S.C. § 2675.

3. At the time of the conduct that forms the basis for the allegations in plaintiff's Complaint, the Samuel Simmons Memorial Hospital through the Arctic Slope Native Association and the Alaska Native Medical Center ("ANMC") through the Alaska Native Tribal Health Consortium ("ANTHC") were carrying out a compact agreement with the Indian Health Service, and are deemed to be part of the Indian Health Service in the Department of Health and Human Services of the United States of America pursuant to Public Law 101-512, Title III, section 314.

Common Factual Allegations

4. On or about May 17, 2006, Plaintiff underwent a colonoscopy at Samuel Simmonds Memorial Hospital in Barrow, Alaska.

5. During the procedure, her health care provider determined that a polypectomy was necessary. A perforation of the bowel is a known risk of both a colonoscopy and a polypectomy.

6. Even though the Samuel Simmonds Memorial Hospital lacks a surgical facility to repair bowel perforations, the health care provider elected to perform a polypectomy. During the procedure, Vera Itta's colon was perforated.

7. As a result of the perforation, Vera Itta became gravely ill and was medivaced to the Alaska Native Medical Center in Anchorage where she underwent an

emergency surgery to repair the perforation. Her recovery included an extended hospitalization.

## Claim for Relief: Negligence

8. Plaintiff incorporates by reference all prior allegations herein.

9. The examination, care and control of the treatment of Vera Itta was performed by employees of the Samuel Simmonds Memorial Hospital and the Alaska Native Medical Center, through the Department of Health and Human Services, an agency of the United States of America. At all relevant times herein, said employees were acting within the scope of their employment.

10. In the aforesaid examination and control of the care and treatment of Vera Itta, the defendant's employees negligently failed to possess that degree of knowledge and skill ordinarily possessed and exercised at the time by other health care providers in the field or specialty in which they were practicing.

11. As a proximate result of the negligence of the employees and agents of the defendant, Vera Itta suffered pecuniary damages.

12. As a proximate result of negligence of the employees and agents of the defendant, Vera Itta experienced pain and suffering.

## PRAYER FOR RELIEF

WHEREFORE plaintiff demands judgment for compensatory damages in excess of $5,000,000, the precise amount to be proven at trial, plus allowable costs, interest, and attorneys' fees.

RESPECTFULLY SUBMITTED this 18th day of December, 2007, at Bethel, Alaska.

                                              s/ Michele L. Power
                                              P.O. Box 1809
                                              Bethel, Alaska 99559
                                              Phone: (907) 543-4700
                                              Fax: (907) 543-3777
                                              E-mail: admin@powerbrown.com
                                              ABA No. 9510047