## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

__ VERA ITTA __  v.  __ UNITED STATES OF AMERICA __

THE HONORABLE JOHN W. SEDWICK    CASE NO. __ 3:07-cv-00257-JWS __

Deputy Clerk

Robin M. Carter

APPEARANCES:   for PLAINTIFF: ----

                for DEFENDANT: ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

It appears to the court that plaintiff is not prepared to prosecute this case, for she has failed to comply with the court's order at docket 19. Therefore, **IT IS ORDERED** that plaintiff shall file papers showing good cause why this case should not be dismissed without prejudice within 15 days from the date of this order. Should plaintiff fail to do so, this case will be dismissed without prejudice and without any additional notice to plaintiff.

DATE: March 10, 2009

ENTERED AT JUDGE'S DIRECTION
INITIALS: rmc
Deputy Clerk

[FORMS*IA*]